LATHAM & WATKINS LLP
    Stephen Stublarec (Bar No. 69451)
    Paul T. Llewellyn (Bar No. 216887)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Paul.Llewellyn@lw.com

Attorneys for Plaintiff
PLANTRONICS, INC.

FILED
2007 NOV 29 P 2: 52
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING
ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PLANTRONICS, INC., a Delaware corporation,

    Plaintiff,

v.

AMERICAN HOME ASSURANCE COMPANY, a New York corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation,

    Defendants.

CASE NO. C07 06038 PVT

**CERTIFICATION OF INTERESTED ENTITIES OF PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 29, 2007

Respectfully submitted,

LATHAM & WATKINS LLP
    Stephen Stublarec
    Paul T. Llewellyn

By: /s/ Paul Llewellyn
Paul T. Llewellyn
Attorneys for Plaintiff
Plantronics, Inc.