1  LATHAM & WATKINS LLP
   Stephen Stublarec (Bar No. 69451)
2  Paul T. Llewellyn (Bar No. 216887)
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-2538
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   Email: Paul.Llewellyn@lw.com
5
   Attorneys for Plaintiff
6  PLANTRONICS, INC.

FILED
2007 NOV 29 P 2: 52
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR
E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PLANTRONICS, INC., a Delaware corporation,

    Plaintiff,

    v.

AMERICAN HOME ASSURANCE COMPANY, a New York corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation,

    Defendants.

CASE NO. C07 06038 PVT

CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF PLANTRONICS, INC.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Plantronics, Inc. ("Plantronics"), hereby certifies that it has no parent corporation. The following companies own 10% or more of Plantronics' stock: PRIMECAP Management Company and Fidelity Management & Research.

Dated: November 29, 2007

Respectfully submitted,

LATHAM & WATKINS LLP
Stephen Stublarec
Paul T. Llewellyn

By: *Paul Llewellyn*
Paul T. Llewellyn
Attorneys for Plaintiff
Plantronics, Inc.