1  R. GAYLORD SMITH, SB# 72726
   E-Mail: smith@lbbslaw.com
2  ERNEST SLOME, SB# 122419
   E-Mail: slome@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   550 West "C" Street, Suite 800
4  San Diego, California 92101
   Telephone: (619) 233-1006
5  Facsimile: (619) 233-8627

6  Attorneys for AMERICAN HOME ASSURANCE COMPANY AND THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

7

8              UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| 11  PLANTRONICS, INC., a Delaware corporation, | CASE NO. C07 06038 PVT |
| 12       Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT TO JANUARY 22, 2008** |
| 13  v. | |
| 14  AMERICAN HOME ASSURANCE COMPANY, a New York corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation., | Action Filed: 11/29/07 |
| 18       Defendants. | |

19

20       TO THE COURT AND ALL PARTIES INTERESTED HEREIN:

21       Plaintiff and Defendants herein, by and through their respective attorneys of record, hereby

22  stipulate that Defendants AMERICAN HOME ASSURANCE COMPANY AND THE

23  INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA ("Defendants") may have up

24  to and through January 22, 2008 to answer or otherwise plead to plaintiff's complaint on file

25  herein.

26  / / /

27  / / /

28  / / /

---

4853-0202-5730.1                          -1-
STIPULATION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT    CASE NO. C07 06038 PVT

1  IT IS SO STIPULATED.

2  DATED: January 9, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

4                                  By _____
                                       R. Gaylord Smith
5                                      Ernest Slome
                                   Attorneys for Defendants AMERICAN HOME
6                                  ASSURANCE COMPANY AND THE INSURANCE
                                   COMPANY OF THE STATE OF PENNSYLVANIA

8  DATED: January 9, 2008          LATHAM & WATKINS, LLP

10                                 By _____
                                       Stephen Stublarec
11                                     Paul T. Llewellyn
                                   Attorneys for Plaintiff PLANTRONICS, INC.

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

4853-0202-5730.1                    -2-
STIPULATION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT   CASE NO. C07 06038 PVT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101.

On January 9, 2008, I served the following document(s):

1. **STIPULATION TO EXTEND TIME TO FILE RESPOND TO COMPLAINT TO JANUARY 22, 2008**

by posting a true and correct copy with ECF Filing, Case No. C07 06038 PVT

[X]   BY ELECTRONIC **FILING/SERVICE**: Complying with Fed. R. Civ. P. 5 and 83, I caused such document(s) to be Electronically **Filed and Served** through the ECF system for the above-entitled case to those parties on the Service List maintained on ECF court website for this case. The file transmission was reported as complete and a copy of the Notice of Electronic Filing page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 9, 2008, at San Diego, California.

Loreen D. Pekny

4830-8894-1058.1

PROOF OF E-FILING AND SERVICE                                    C07 06038 PVT