| | |
|---|---|
| 1 | R. GAYLORD SMITH, SB# 72726 |
|   |    E-Mail: smith@lbbslaw.com |
| 2 | ERNEST SLOME, SB# 122419 |
|   |    E-Mail: slome@lbbslaw.com |
| 3 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|   | 550 West "C" Street, Suite 800 |
| 4 | San Diego, California  92101 |
|   | Telephone: (619) 233-1006 |
| 5 | Facsimile: (619) 233-8627 |
| 6 | Attorneys for AMERICAN HOME ASSURANCE COMPANY AND THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| PLANTRONICS, INC., a Delaware corporation, | ) | CASE NO. C07 06038 PVT |
|       Plaintiff, | ) | ***AMENDED* STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT TO FEBRUARY 4, 2008** |
| v. | ) | |
| AMERICAN HOME ASSURANCE COMPANY, a New York corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation., | ) | Action Filed: 11/29/07 |
|       Defendants. | ) | |

TO THE COURT AND ALL PARTIES INTERESTED HEREIN:

Plaintiff and Defendants herein, by and through their respective attorneys of record, hereby stipulate that Defendants AMERICAN HOME ASSURANCE COMPANY AND THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA ("Defendants") may have up to and through February 4, 2008 to answer or otherwise plead to plaintiff's complaint on file herein.

/ / /

/ / /

/ / /

---

4853-0202-5730.1          -1-
STIPULATION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT    CASE NO. C07 06038 PVT

1  **IT IS SO STIPULATED.**

2  DATED: January \_\_16\_\_, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

4                                                        By_____
                                                              R. Gaylord Smith
5                                                             Ernest Slome
                                                        Attorneys for Defendants AMERICAN HOME
6                                                       ASSURANCE COMPANY AND THE INSURANCE
                                                        COMPANY OF THE STATE OF PENNSYLVANIA

8  DATED: January _____, 2008        LATHAM & WATKINS, LLP

11                                                      By_____
                                                              Stephen Stublarec
                                                              Paul T. Llewellyn
12                                                      Attorneys for Plaintiff PLANTRONICS, INC.

---

4853-0202-5730.1                                  -2-
STIPULATION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT    CASE NO. C07 06038 PVT

**IT IS SO STIPULATED.**

DATED: January _____, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP


By_____
   R. Gaylord Smith
   Ernest Slome
Attorneys for Defendants AMERICAN HOME
ASSURANCE COMPANY AND THE INSURANCE
COMPANY OF THE STATE OF PENNSYLVANIA


DATED: January 17, 2008              LATHAM & WATKINS, LLP


By /s/ Paul Llewellyn
   Stephen Stublarec
   Paul T. Llewellyn
Attorneys for Plaintiff PLANTRONICS, INC.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101.

On January 18, 2008, I served the following document(s):

1. **STIPULATION TO EXTEND TIME TO FILE RESPOND TO COMPLAINT TO FEBRUARY 4, 2008**

by posting a true and correct copy with ECF Filing, Case No. C07 06038 PVT

[X]  BY ELECTRONIC **FILING/SERVICE**: Complying with Fed. R. Civ. P. 5 and 83, I caused such document(s) to be Electronically **Filed and Served** through the CM/ECF system for the above-entitled case to those parties on the Service List maintained on CM/ECF court website for this case. The file transmission was reported as complete and a copy of the Notice of Electronic Filing page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 18, 2008, at San Diego, California.

_____
Loreen D. Pekny

4830-8894-1058.1

PROOF OF E-FILING AND SERVICE                                C07 06038 PVT