1  DEAN A. PAPPAS (SBN 115140)
   LAURA L. REIDENBACH (SBN 158335)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
3  Redwood City, CA  94063
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   E-mail:  dpappas@ropers.com
5  E-mail:  lreidenbach@ropers.com

6  Attorneys for Defendant
   ATLANTIC MUTUAL INSURANCE COMPANY
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  PLANTRONICS, INC.,                    CASE NO.  C 07-06038PVT

13              Plaintiff,                **STIPULATION EXTENDING TIME FOR DEFENDANT ATLANTIC MUTUAL INSURANCE COMPANY TO RESPOND TO THE COMPLAINT (LOCAL RULE 6.1)**
14       v.

15  AMERICAN HOME ASSURANCE
    COMPANY, a New York corporation;
16  THE INSURANCE COMPANY OF THE
    STATE OF PENNSYLVANIA, a
17  Pennsylvania corporation; ATLANTIC
    MUTUAL INSURANCE COMPANY, a
18  New York corporation,

19              Defendants.

20       IT IS HEREBY STIPULATED BETWEEN THE PARTIES herein and their respective

21  counsel of record that defendant ATLANIC MUTUAL INSURANCE COMPANY's time to

22  respond to plaintiff PLANTRONICS, INC.'s Complaint shall be extended an additional 30 days,

23  up to and including February 4, 2008.

24
25  / / /

26  / / /

27
28  / / /

RC1/5049333.2/LLR

*(left margin: Ropers Majeski Kohn & Bentley, A Professional Corporation, Redwood City)*

IT IS SO STIPULATED.

Dated: January 16, 2008

LATHAM & WATKINS LLP

By: *Paul Llewellyn*
PAUL T. LLEWELLYN
Attorneys for Plaintiff
PLANTRONICS, INC.

Dated: January 8, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: *Dean Pappas*
DEAN A. PAPPAS
Attorneys for Defendant
ATLANTIC MUTUAL INSURANCE COMPANY

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5049333.2/LLR

- 2 -

STIPULATION EXTENDING TIME FOR DEFENDANT ATLANTIC MUTUAL INSURANCE COMPANY TO RESPOND TO THE COMPLAINT (LOCAL RULE 6.1) CASE NO. C 07-06038PVT