1  LATHAM & WATKINS LLP
      Stephen Stublarec (Bar No. 69451)
2     Paul T. Llewellyn (Bar No. 216887)
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-6538
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   Email: Paul.Llewellyn@lw.com
5
   Attorneys for Plaintiff
6  PLANTRONICS, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | PLANTRONICS, INC., a Delaware corporation, | CASE NO. C07-06038 PVT
13 |                                            | **DECLARATION OF PAUL T. LLEWELLYN IN SUPPORT OF PLAINTIFF PLANTRONICS, INC.'S MOTION TO STAY PROCEEDINGS**
14 |              Plaintiff,                    |
15 |     v.                                     |
16 | AMERICAN HOME ASSURANCE COMPANY, a New York corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation, | (Honorable Patricia V. Trumbull)
17 |                                            |
18 |                                            |
19 |              Defendants.                   |
20

21

22

23

24

25

26

27

28

1  I, Paul T. Llewellyn, declare as follows:

2  1. I am an attorney at law duly admitted to practice in the State of California and before the Northern District of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for plaintiff, Plantronics, Inc. ("Plantronics"). I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto. I make this declaration in support of Plantronics' Motion to Stay Proceedings.

2. Before filing the Motion, I contacted counsel for defendants by telephone in order to determine whether they intend to oppose this Motion. While he could not state with certainty, counsel for two of the three defendants, American Home Assurance Company and The Insurance Company of the State of Pennsylvania, indicated that he does not anticipate opposing this Motion.

3. Attached hereto as Exhibit A is a true and correct copy of the Transfer Order of the Judicial Panel on Multidistrict Litigation, dated February 20, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 31, 2008.

/s/
Paul T. Llewellyn