```
 1  LATHAM & WATKINS LLP
       Stephen Stublarec (Bar No. 69451)
 2     Paul T. Llewellyn (Bar No. 216887)
    505 Montgomery Street, Suite 2000
 3  San Francisco, California 94111-6538
    Telephone: (415) 391-0600
 4  Facsimile: (415) 395-8095
    Email: Paul.Llewellyn@lw.com
 5
    Attorneys for Plaintiff
 6  PLANTRONICS, INC.

 7

 8                UNITED STATES DISTRICT COURT

 9                NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11
```

| | |
|---|---|
| PLANTRONICS, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation,<br><br>  Defendants. | CASE NO. C07-06038 PVT<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY PROCEEDINGS**<br><br><br>Trial Date: None Set<br><br>(Honorable Patricia V. Trumbull) |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING MOTION TO STAY PROCEEDINGS

1  Upon the motion of plaintiff, Plantronics, Inc. ("Plantronics"), to stay proceedings, and
2  good cause appearing,
3  IT IS HEREBY ORDERED that all proceedings are STAYED until further order of the
4  Court.
5
6  Dated: _____, 2008
7
8  _____
   Patricia V. Trumbull
   United States Magistrate Judge