LATHAM & WATKINS LLP
   Stephen Stublarec (Bar No. 69451)
   Paul T. Llewellyn (Bar No. 216887)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Paul.Llewellyn@lw.com

Attorneys for Plaintiff
PLANTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PLANTRONICS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation,<br><br>            Defendants. | CASE NO. C07-06038 PVT<br><br>**DECLARATION OF PAUL T. LLEWELLYN IN SUPPORT OF PLAINTIFF PLANTRONICS, INC.'S MOTION FOR AN ORDER SHORTENING TIME ON MOTION TO STAY PROCEEDINGS**<br><br>(Honorable Patricia V. Trumbull) |

I, Paul T. Llewellyn, declare as follows:

1. I am an attorney at law duly admitted to practice in the State of California and before the Northern District of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for plaintiff, Plantronics, Inc. ("Plantronics"). I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto. I make this declaration in support of Plantronics' Motion for an Order Shortening Time submitted herewith to have Plantronics' Motion to Stay Proceedings heard by this Court on February 19, 2008, at 10:00 a.m.

2. Before filing the Motion for an Order Shortening Time, on Tuesday January 29, 2008, I contacted counsel for defendants by telephone in order to determine whether they intend to oppose this Motion. Two of the three defendants, American Home Assurance Company ("American Home") and The Insurance Company of the State of Pennsylvania ("ICSOP"), have no objection to an order shortening time on the Motion to Stay. Counsel for Atlantic Mutual Insurance Company ("Atlantic Mutual"), indicated that he intends to oppose this motion. Counsel for Atlantic Mutual also indicated that he may file a motion to dismiss in response to Plantronics' Complaint.

3. As set forth in the accompanying Motion for an Order Shortening Time, this declaratory relief action arose out of the denial of insurance coverage by defendants for seven putative class actions that have been filed against Plantronics ("underlying actions"). Under regular notice procedures the earliest date for the Motion to Stay to be heard would be March 11, 2008. If the Motion for Stay is not heard until March 11, 2008, the key purpose of the stay in preventing Plantronics from having to fight a "two-front war" at the same time will be substantially defeated because of deadlines arising in this case before that date. For example, pursuant to the Court's order setting an initial case management conference, the parties are due to meet and confer by February 26, 2008, regarding initial disclosures, early settlement, ADR process selection, and a discovery plan. The parties are also due to file their Rule 26(f) Reports by March 11, 2008. Attached hereto as Exhibit A is a true and correct copy of this Court's Order Setting Initial Case Management Conference and ADR Deadlines, dated November 29, 2007.

4. The parties previously entered into stipulations extending the time for defendants to file their responsive pleadings to the Complaint to February 4, 2008.

5. Attached hereto as Exhibit B is a true and correct copy of a stipulation extending the time for defendants American Home and ICSOP to respond to the Complaint to February 4, 2008.

6. Attached hereto as Exhibit C is a true and correct copy of a stipulation extending the time for defendant Atlantic Mutual to respond to the Complaint to February 4, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 31, 2008.

                                   /s/
                             Paul T. Llewellyn