Exhibit C

1  DEAN A. PAPPAS (SBN 115140)
   LAURA L. REIDENBACH (SBN 158335)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
3  Redwood City, CA 94063
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   E-mail: dpappas@ropers.com
5  E-mail: lreidenbach@ropers.com

6  Attorneys for Defendant
   ATLANTIC MUTUAL INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 PLANTRONICS, INC.,                    CASE NO. C 07-06038PVT

13        Plaintiff,                     STIPULATION EXTENDING TIME FOR
                                         DEFENDANT ATLANTIC MUTUAL
14 v.                                    INSURANCE COMPANY TO RESPOND
                                         TO THE COMPLAINT (LOCAL RULE 6.1)
15 AMERICAN HOME ASSURANCE
   COMPANY, a New York corporation;
16 THE INSURANCE COMPANY OF THE
   STATE OF PENNSYLVANIA, a
17 Pennsylvania corporation; ATLANTIC
   MUTUAL INSURANCE COMPANY, a
18 New York corporation,

19        Defendants.

20     IT IS HEREBY STIPULATED BETWEEN THE PARTIES herein and their respective

21 counsel of record that defendant ATLANIC MUTUAL INSURANCE COMPANY's time to

22 respond to plaintiff PLANTRONICS, INC.'s Complaint shall be extended an additional 30 days,

23 up to and including February 4, 2008.

24

25 / / /

26 / / /

27

28 / / /

RC1/5049333.2/LLR

1   IT IS SO STIPULATED.

2

3   Dated: January 16, 2008

4

LATHAM & WATKINS LLP

5   By: *Paul Llewellyn*
PAUL T. LLEWELLYN
Attorneys for Plaintiff
6   PLANTRONICS, INC.

7

8

9   Dated: January 18, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

10

11   By: *Dean Pappas*
DEAN A. PAPPAS
Attorneys for Defendant
12   ATLANTIC MUTUAL INSURANCE
COMPANY

(left margin: Ropers Majeski Kohn & Bentley, A Professional Corporation, Redwood City)

RC1/5049333.2/LLR

- 2 -