LATHAM & WATKINS LLP
 Stephen Stublarec (Bar No. 69451)
 Paul T. Llewellyn (Bar No. 216887)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Paul.Llewellyn@lw.com

Attorneys for Plaintiff
PLANTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PLANTRONICS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br> v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation,<br><br>    Defendants. | CASE NO. C07-06038 PVT<br><br>**[PROPOSED] ORDER SHORTENING TIME ON MOTION TO STAY PROCEEDINGS**<br><br>Trial Date: None Set<br><br>(Honorable Patricia V. Trumbull) |

1    Upon the motion of plaintiff, Plantronics, Inc. ("Plantronics"), for an Order Shortening
2 Time on plaintiff's Motion to Stay Proceedings, and good cause appearing,
3    IT IS HEREBY ORDERED that the hearing on the Motion to Stay Proceedings will be
4 held on Tuesday, February 19, 2008, at 10:00 a.m. Defendants shall file with the Court and
5 deliver to plaintiff any opposition to the motion by Friday, February 8, 2008. Plaintiff shall file
6 with the Court and deliver to defendants any reply to the opposition by Wednesday February 13,
7 2008.
8 Dated: _____, 2008

_____
Patricia V. Trumbull
United States Magistrate Judge