1  LATHAM & WATKINS LLP
    Stephen Stublarec (Bar No. 69451)
2    Paul T. Llewellyn (Bar No. 216887)
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-6538
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   Email: Paul.Llewellyn@lw.com
5
   Attorneys for Plaintiff
6  PLANTRONICS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  PLANTRONICS, INC., a Delaware          CASE NO. C07-06038 PVT
    corporation,
13                                         **DECLARATION OF PAUL T. LLEWELLYN
                  Plaintiff,               IN SUPPORT OF PLAINTIFF
14                                         PLANTRONICS, INC.'S MOTION TO STAY
          v.                               PROCEEDINGS**
15
    AMERICAN HOME ASSURANCE
16  COMPANY, a New York corporation; THE   (Honorable Patricia V. Trumbull)
    INSURANCE COMPANY OF THE STATE
17  OF PENNSYLVANIA, a Pennsylvania
    corporation; ATLANTIC MUTUAL
18  INSURANCE COMPANY, a New York
    corporation,
19
                  Defendants.
20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF PAUL T. LLEWELLYN IN SUPPORT OF MOTION TO STAY PROCEEDINGS

1  I, Paul T. Llewellyn, declare as follows:

2  1. I am an attorney at law duly admitted to practice in the State of California and before the Northern District of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for plaintiff, Plantronics, Inc. ("Plantronics"). I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto. I make this declaration in support of Plantronics' Motion to Stay Proceedings.

2. Before filing the Motion, I contacted counsel for defendants by telephone in order to determine whether they intend to oppose this Motion. While he could not state with certainty, counsel for two of the three defendants, American Home Assurance Company and The Insurance Company of the State of Pennsylvania, indicated that he does not anticipate opposing this Motion.

3. Attached hereto as Exhibit A is a true and correct copy of the Transfer Order of the Judicial Panel on Multidistrict Litigation, dated February 20, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on February 5, 2008.

_____/s/_____
Paul T. Llewellyn