1  LATHAM & WATKINS LLP
      Stephen Stublarec (Bar No. 69451)
2     Paul T. Llewellyn (Bar No. 216887)
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-6538
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   Email: Paul.Llewellyn@lw.com
5
   Attorneys for Plaintiff
6  PLANTRONICS, INC.

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12 | PLANTRONICS, INC., a Delaware corporation, | CASE NO. C07-06038 PVT
13 | | **[PROPOSED] ORDER GRANTING MOTION TO STAY PROCEEDINGS**
14 | Plaintiff, |
15 | v. |
16 | AMERICAN HOME ASSURANCE COMPANY, a New York corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation, | Trial Date: None Set
17 | | (Honorable Patricia V. Trumbull)
18 | |
19 | |
20 | Defendants. |

21

22

23

24

25

26

27

28

1   Upon the motion of plaintiff, Plantronics, Inc. ("Plantronics"), to stay proceedings, and
2   good cause appearing,
3   IT IS HEREBY ORDERED that all proceedings are STAYED until further order of the
4   Court.
5
6   Dated: _____, 2008
7
8                                               _____
                                                Patricia V. Trumbull
                                                United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28