1  R. GAYLORD SMITH, SB# 72726
      E-Mail: smith@lbbslaw.com
2  ERNEST SLOME, SB# 122419
      E-Mail: slome@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   550 West "C" Street, Suite 800
4  San Diego, California 92101
   Telephone: (619) 233-1006
5  Facsimile: (619) 233-8627

6  Attorneys for AMERICAN HOME ASSURANCE COMPANY AND THE INSURANCE
   COMPANY OF THE STATE OF PENNSYLVANIA
7

8                      UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11  PLANTRONICS, INC., a Delaware corporation,  ) CASE NO. C07 06038 PVT
                                                 )
12              Plaintiff,                       ) ***AMENDED*** STIPULATION TO EXTEND
                                                 ) TIME TO RESPOND TO COMPLAINT TO
13       v.                                      ) FEBRUARY 20, 2008
                                                 )
14  AMERICAN HOME ASSURANCE                      ) Action Filed: 11/29/07
    COMPANY, a New York corporation; THE         )
15  INSURANCE COMPANY OF THE STATE               )
    OF PENNSYLVANIA, a Pennsylvania              )
16  corporation; ATLANTIC MUTUAL                 )
    INSURANCE COMPANY, a New York                )
17  corporation.,                                )
                                                 )
18              Defendants.                      )
                                                 )
19

20       TO THE COURT AND ALL PARTIES INTERESTED HEREIN:

21       Plaintiff and Defendants herein, by and through their respective attorneys of record, hereby

22  stipulate that Defendants AMERICAN HOME ASSURANCE COMPANY AND THE

23  INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA ("Defendants") may have up

24  to and through February 20, 2008 to answer or otherwise plead to plaintiff's complaint on file

25  herein.

26  ///

27  ///

28  ///

1  IT IS SO STIPULATED.

2  DATED: February 8, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

3

4                                  By _____
                                     R. Gaylord Smith
5                                    Ernest Slome
                                     Attorneys for Defendants AMERICAN HOME
6                                    ASSURANCE COMPANY AND THE INSURANCE
                                     COMPANY OF THE STATE OF PENNSYLVANIA
7

8  DATED: February ____, 2008       LATHAM & WATKINS, LLP

9

10

11                                 By _____
                                     Stephen Stublarec
                                     Paul T. Llewellyn
12                                   Attorneys for Plaintiff PLANTRONICS, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **IT IS SO STIPULATED.** |
| 2 | DATED: February ___, 2008    LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 4 | By_____ |
| 5 | R. Gaylord Smith<br>Ernest Slome |
| 6 | Attorneys for Defendants AMERICAN HOME ASSURANCE COMPANY AND THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA |
| 8 | DATED: February 5, 2008    LATHAM & WATKINS, LLP |
| 10 | By  *[signature: Paul Llewellyn]* |
| 11 | Stephen Stublarec<br>Paul T. Llewellyn |
| 12 | Attorneys for Plaintiff PLANTRONICS, INC. |

4853-0202-5730.1                                      -2-
STIPULATION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT    CASE NO. C07 06038 PVT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101.

On February 8, 2008, I served the following document(s):

1. **AMENDED STIPULATION TO EXTEND TIME TO FILE RESPOND TO COMPLAINT TO FEBRUARY 20, 2008**

by posting a true and correct copy with ECF Filing, Case No. C07 06038 PVT

[X]     BY ELECTRONIC **FILING/SERVICE**: Complying with Fed. R. Civ. P. 5 and 83, I caused such document(s) to be Electronically **Filed and Served** through the CM/ECF system for the above-entitled case to those parties on the Service List maintained on CM/ECF court website for this case. The file transmission was reported as complete and a copy of the Notice of Electronic Filing page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 8, 2008, at San Diego, California.

_____
Loreen D. Pekny