```
 1  LATHAM & WATKINS LLP
       Stephen Stublarec (Bar No. 69451)
 2     Paul T. Llewellyn (Bar No. 216887)
    505 Montgomery Street, Suite 2000
 3  San Francisco, California 94111-6538
    Telephone: (415) 391-0600
 4  Facsimile: (415) 395-8095
    Email: Paul.Llewellyn@lw.com
 5
    Attorneys for Plaintiff
 6  PLANTRONICS, INC.

 7

 8                   UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11
```

| | |
|---|---|
| PLANTRONICS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation,<br><br>　　　　　Defendants. | CASE NO. C07-06038 PVT<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO APRIL 22, 2008**<br><br>(Honorable Patricia V. Trumbull) |

# STIPULATION

WHEREAS, the complaint was filed on November 29, 2007;

WHEREAS, on November 29, 2007, the Court set an initial case management conference for March 18, 2008;

WHEREAS, on January 31, 2008, plaintiff, Plantronics, Inc. ("Plantronics"), filed a motion to stay the action, pending resolution of underlying litigation currently pending against Plantronics, as to which this action relates;

WHEREAS, concurrently with its motion to stay proceedings, Plantronics filed a motion for an order shortening time on its motion to stay the action, requesting a hearing date on its motion to stay of February 19, 2008;

WHEREAS, on February 1, 2008, this Court denied Plantronics' motion for an order shortening time on its motion to stay the action;

WHEREAS, that order was specifically without prejudice to Plantronics' seeking a stipulated continuance of the scheduling deadlines;

WHEREAS, on February 4, 2008, defendant Atlantic Mutual Insurance Company ("Atlantic Mutual") filed a motion to dismiss plaintiff's complaint, which is set for hearing on March 18, 2008;

WHEREAS, on February 5, 2008, Plantronics re-filed its motion to stay the action, and set the motion for hearing on March 18, 2008;

WHEREAS, pursuant to the Court's November 29, 2007, order, the parties are to meet and confer regarding initial disclosures by February 26, 2008, and to file their Rule 26(f) reports by March 11, 2008;

WHEREAS, the parties agree that it would be more efficient and it would avoid the possible waste of judicial resources to have the benefit of the Court's rulings on the motion to stay and motion to dismiss before the case management conference is held, and before the parties meet and confer regarding initial disclosures, and they file their Rule 26(f) Reports;

WHEREAS, the parties agree that the case management conference should be continued to April 22, 2008, and the associated scheduling deadlines should be continued

1

accordingly;

NOW, THEREFORE, subject to the Court's approval, the parties STIPULATE that the case management conference scheduled for March 18, 2008, be continued to April 22, 2008, and that the associated case scheduling deadlines be continued accordingly.

IT IS SO STIPULATED.

Dated: February 11, 2008

LATHAM & WATKINS LLP

By: *Paul Llewellyn*
Paul T. Llewellyn
Attorney for Plaintiff
Plantronics, Inc.

Dated: February __, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
Dean A. Pappas
Attorney for Defendant
Atlantic Mutual Insurance Company

Dated: February __, 2008

LEWIS BRISBOIS BISGAARD & SMITH

By: _____
Glenn A. Friedman
Attorney for Defendants
American Home Assurance Company and
The Insurance Company of the State of
Pennsylvania

1 accordingly;

2     NOW, THEREFORE, subject to the Court's approval, the parties STIPULATE
3 that the case management conference scheduled for March 18, 2008, be continued to April 22,
4 2008, and that the associated case scheduling deadlines be continued accordingly.

5     IT IS SO STIPULATED.

6 Dated: February __, 2008　　　　　　　　　　LATHAM & WATKINS LLP

7

8 　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Paul T. Llewellyn
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
9 　　　　　　　　　　　　　　　　　　　　　　Plantronics, Inc.

10

11 Dated: February 11, 2008　　　　　　　　　　ROPERS, MAJESKI, KOHN & BENTLEY

12 　　　　　　　　　　　　　　　　　　　　By: _/s/ Dean A. Pappas_____
13 　　　　　　　　　　　　　　　　　　　　　　Dean A. Pappas
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
14 　　　　　　　　　　　　　　　　　　　　　　Atlantic Mutual Insurance Company

15

16 Dated: February __, 2008　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH

17

18 　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Glenn A. Friedman
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
19 　　　　　　　　　　　　　　　　　　　　　　American Home Assurance Company and
　　　　　　　　　　　　　　　　　　　　　　The Insurance Company of the State of
20 　　　　　　　　　　　　　　　　　　　　　　Pennsylvania

21

22

23

24

25

26

27

28

accordingly;

NOW, THEREFORE, subject to the Court's approval, the parties STIPULATE that the case management conference scheduled for March 18, 2008, be continued to April 22, 2008, and that the associated case scheduling deadlines be continued accordingly.

IT IS SO STIPULATED.

Dated: February __, 2008

LATHAM & WATKINS LLP

By: _____
Paul T. Llewellyn
Attorney for Plaintiff
Plantronics, Inc.

Dated: February __, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
Dean A. Pappas
Attorney for Defendant
Atlantic Mutual Insurance Company

Dated: February 11, 2008

LEWIS BRISBOIS BISGAARD & SMITH

By: _____
Glenn A. Friedman
Attorney for Defendants
American Home Assurance Company and
The Insurance Company of the State of
Pennsylvania

## ORDER

Pursuant to the above stipulation of the parties, and good cause appearing, IT IS ORDERED that the case management conference shall be continued to April 22, 2008, and that the associated case scheduling deadlines shall be continued accordingly.

Dated: February __, 2008

_____
Patricia V. Trumbull
United States Magistrate Judge