1    LATHAM & WATKINS LLP
        Stephen Stublarec (Bar No. 69451)
2        Paul T. Llewellyn (Bar No. 216887)
     505 Montgomery Street, Suite 2000
3    San Francisco, California  94111-6538
     Telephone:  (415) 391-0600
4    Facsimile:  (415) 395-8095
     Email:  Paul.Llewellyn@lw.com
5
     Attorneys for Plaintiff
6    PLANTRONICS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12   PLANTRONICS, INC., a Delaware          CASE NO. C07-06038 PVT
     corporation,
13                                          **STIPULATION AND [PROPOSED] ORDER**
                      Plaintiff,            **CONTINUING CASE MANAGEMENT**
14                                          **CONFERENCE TO APRIL 22, 2008**
            v.
15                                          (Honorable Patricia V. Trumbull)
     AMERICAN HOME ASSURANCE
16   COMPANY, a New York corporation; THE
     INSURANCE COMPANY OF THE STATE
17   OF PENNSYLVANIA, a Pennsylvania
     corporation; ATLANTIC MUTUAL
18   INSURANCE COMPANY, a New York
     corporation,
19
                      Defendants.
20

21

22

23

24

25

26

27

28

## STIPULATION

WHEREAS, the complaint was filed on November 29, 2007;

WHEREAS, on November 29, 2007, the Court set an initial case management conference for March 18, 2008;

WHEREAS, on January 31, 2008, plaintiff, Plantronics, Inc. ("Plantronics"), filed a motion to stay the action, pending resolution of underlying litigation currently pending against Plantronics, as to which this action relates;

WHEREAS, concurrently with its motion to stay proceedings, Plantronics filed a motion for an order shortening time on its motion to stay the action, requesting a hearing date on its motion to stay of February 19, 2008;

WHEREAS, on February 1, 2008, this Court denied Plantronics' motion for an order shortening time on its motion to stay the action;

WHEREAS, that order was specifically without prejudice to Plantronics' seeking a stipulated continuance of the scheduling deadlines;

WHEREAS, on February 4, 2008, defendant Atlantic Mutual Insurance Company ("Atlantic Mutual") filed a motion to dismiss plaintiff's complaint, which is set for hearing on March 18, 2008;

WHEREAS, on February 5, 2008, Plantronics re-filed its motion to stay the action, and set the motion for hearing on March 18, 2008;

WHEREAS, pursuant to the Court's November 29, 2007, order, the parties are to meet and confer regarding initial disclosures by February 26, 2008, and to file their Rule 26(f) reports by March 11, 2008;

WHEREAS, the parties agree that it would be more efficient and it would avoid the possible waste of judicial resources to have the benefit of the Court's rulings on the motion to stay and motion to dismiss before the case management conference is held, and before the parties meet and confer regarding initial disclosures, and they file their Rule 26(f) Reports;

WHEREAS, the parties agree that the case management conference should be continued to April 22, 2008, and the associated scheduling deadlines should be continued

1

1    accordingly;

2              NOW, THEREFORE, subject to the Court's approval, the parties STIPULATE

3    that the case management conference scheduled for March 18, 2008, be continued to April 22,

4    2008, and that the associated case scheduling deadlines be continued accordingly.

5              IT IS SO STIPULATED.

6    Dated: February 11, 2008                    LATHAM & WATKINS LLP

7
                                                By: _Paul Llewellyn_____
8                                                   Paul T. Llewellyn
                                                   Attorney for Plaintiff
9                                                   Plantronics, Inc.

10

11   Dated: February __, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

12
                                                By: _____
13                                                  Dean A. Pappas
                                                   Attorney for Defendant
14                                                  Atlantic Mutual Insurance Company

15

16   Dated: February __, 2008                    LEWIS BRISBOIS BISGAARD & SMITH

17
                                                By: _____
18                                                  Glenn A. Friedman
                                                   Attorney for Defendants
19                                                  American Home Assurance Company and
                                                   The Insurance Company of the State of
20                                                  Pennsylvania

21

22

23

24

25

26

27

28

                                            2

1    accordingly;

2          NOW, THEREFORE, subject to the Court's approval, the parties STIPULATE

3    that the case management conference scheduled for March 18, 2008, be continued to April 22,

4    2008, and that the associated case scheduling deadlines be continued accordingly.

5          IT IS SO STIPULATED.

6    Dated: February __, 2008                    LATHAM & WATKINS LLP

7

8                                               By: _____
                                                     Paul T. Llewellyn
9                                                    Attorney for Plaintiff
                                                     Plantronics, Inc.

10

11   Dated: February 11, 2008                   ROPERS, MAJESKI, KOHN & BENTLEY

12                                              By: _____
13                                                   Dean A. Pappas
                                                     Attorney for Defendant
14                                                   Atlantic Mutual Insurance Company

15

16   Dated: February __, 2008                   LEWIS BRISBOIS BISGAARD & SMITH

17

18                                              By: _____
                                                     Glenn A. Friedman
19                                                   Attorney for Defendants
                                                     American Home Assurance Company and
20                                                   The Insurance Company of the State of
                                                     Pennsylvania

21

22

23

24

25

26

27

28

LATHAM•WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1    accordingly;

2              NOW, THEREFORE, subject to the Court's approval, the parties STIPULATE

3    that the case management conference scheduled for March 18, 2008, be continued to April 22,

4    2008, and that the associated case scheduling deadlines be continued accordingly.

5              IT IS SO STIPULATED.

6    Dated: February ___, 2008                    LATHAM & WATKINS LLP

7

8                                          By: _____
                                               Paul T. Llewellyn
9                                              Attorney for Plaintiff
                                               Plantronics, Inc.

10

11   Dated: February ___, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

12

13                                         By: _____
                                               Dean A. Pappas
14                                             Attorney for Defendant
                                               Atlantic Mutual Insurance Company

15

16   Dated: February 11, 2008                    LEWIS BRISBOIS BISGAARD & SMITH

17

18                                         By _____
                                              Glenn A. Friedman
19                                            Attorney for Defendants
                                              American Home Assurance Company and
20                                            The Insurance Company of the State of
                                              Pennsylvania

21

22

23

24

25

26

27

28

LATHAM•WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
                STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1

## <u>ORDER</u>

2          Pursuant to the above stipulation of the parties, and good cause appearing, IT IS

3   ORDERED that the case management conference shall be continued to April 22, 2008, and that

4   the associated case scheduling deadlines shall be continued accordingly.

5

6   Dated: February 12, 2008

7                                            Patricia V. Trumbull
                                            United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE