1  LATHAM & WATKINS LLP
      Stephen Stublarec (Bar No. 69451)
2     Paul T. Llewellyn (Bar No. 216887)
   505 Montgomery Street, Suite 2000
3  San Francisco, California  94111-6538
   Telephone:  (415) 391-0600
4  Facsimile:  (415) 395-8095
   Email:  Paul.Llewellyn@lw.com
5
   Attorneys for Plaintiff
6  PLANTRONICS, INC.

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12 | PLANTRONICS, INC., a Delaware corporation, | CASE NO. C07-06038 PVT
13 |                                             | **[PROPOSED] ORDER DENYING ATLANTIC MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS COMPLAINT**
14 |              Plaintiff,                     |
15 |       v.                                    |
16 | AMERICAN HOME ASSURANCE COMPANY, a New York corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation, | Date:  March 18, 2008
   |                                             | Time:  10:00 a.m.
   |                                             | Place:  Courtroom 5
   |                                             | Trial Date:  None Set
   |                                             |
   |                                             | (Honorable Patricia V. Trumbull)
   |              Defendants.                    |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER DENYING ATLANTIC MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS

1  The motion of defendant Atlantic Mutual Insurance Company ("Atlantic Mutual") to
2  dismiss plaintiff's complaint pursuant to rule 12(b)(6) of the Federal Rules of Civil Procedure
3  came on regularly for hearing on March 18, 2008. After full consideration of the papers
4  submitted by the parties, oral arguments at the hearing, and the file in this matter:

5  IT IS HEREBY ORDERED that Atlantic Mutual's motion to dismiss the complaint is
6  DENIED.

8  Dated: _____, 2008

            Patricia V. Trumbull
            United States Magistrate Judge