GLENN A. FRIEDMAN, SB# 104442
E-Mail: friedman@lbbslaw.com
TIMOTHY KIRK, SB# 161598
E-Mail: kirk@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants AMERICAN HOME ASSURANCE COMPANY and INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PLANTRONICS, INC., a Delaware corporation,,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation,,<br><br>　　　　Defendants. | CASE NO. C07-06038 PVT<br><br>**STATEMENT OF NON-OPPOSITION TO ATLANTIC MUTUAL'S MOTION TO DISMISS COMPLAINT BY DEFENDANTS AMERICAN HOME ASSURANCE COMPANY and INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, and OBJECTION**<br><br>Date:　　　March 18, 2008<br>Time:　　　10:00 a.m.<br>Place:　　　Courtroom 5<br>Trial Date:　None set<br><br>The Hon. Patricia V. Trumbull |

Defendants AMERICAN HOME ASSURANCE COMPANY ("AHAC") and INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA ("ICSOP") hereby give notice that they do not intend to file an opposition to defendant ATLANTIC MUTUAL INSURANCE COMPANY'S Motion to Dismiss Complaint.

AHAC and ICSOP object, however, to the statement by plaintiff PLANTRONICS, INC. in its Opposition to Atlantic Mutual Insurance Company's Motion to Dismiss Complaint that AHAC and ISCOP filed an answer to the complaint and therefore "[a]fter reading Atlantic Mutual's motion, American Home and ICSOP apparently concluded that there are insufficient grounds to

move to dismiss the complaint." (Plaintiff's Opposition, at 2: 26-28, fn. 4.) AHAC and ICSOP have not made any such conclusion and they object to plaintiff's unfounded attribution of motive and strategy with regard to the motion to dismiss.

DATED:  March 4, 2008              Respectfully submitted,

                                                 LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Timothy S. Kirk
Attorneys for Defendants
AMERICAN HOME ASSURANCE COMPANY and
INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA