

DEAN A. PAPPAS (SBN 115140)
LAURA L. REIDENBACH (SBN 158335)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
E-mail: dpappas@rmkb.com
E-mail: lreidenbach@rmkb.com

Attorneys for Defendant
ATLANTIC MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PLANTRONICS, INC.,

                    Plaintiff,

v.

AMERICAN HOME ASSURANCE
COMPANY, a New York corporation;
THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA, a
Pennsylvania corporation; ATLANTIC
MUTUAL INSURANCE COMPANY, a
New York corporation

                    Defendants.

CASE NO.  5:07-cv-06038 PVT

**CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
PATRICIA V. TRUMBULL**

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5081231.1/BS

1

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE  5:07-CV-06038 PVT

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

3  party hereby voluntarily consents to have United States Magistrate Judge Patricia V. Trumbull

4  conduct any and all further proceedings in the case, including trial and order the entry of a final

5  judgment.  Appeal from the judgment shall be taken directly to the United States Court of

6  Appeals for the Ninth Circuit.

7

8  Dated: March 5, 2008                              ROPERS, MAJESKI, KOHN & BENTLEY

9

10                                                   By:_____/s/_____
                                                         DEAN A. PAPPAS
11                                                       LAURA L. REIDENBACH
                                                         Attorneys for Defendant
12                                                       ATLANTIC MUTUAL INSURANCE
                                                         COMPANY
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RC1/5081231.1/BS                                     2

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE   5:07-CV-06038 PVT