1
2
3
4
5
6                      UNITED STATES DISTRICT COURT
7                      NORTHERN DISTRICT OF CALIFORNIA
8
9   PLANTRONICS, INC.,                          No. C 07-06038 PVT
10              Plaintiff(s),                   **CONSENT TO PROCEED BEFORE A
                                                UNITED STATES MAGISTRATE JUDGE**
11       v.
    AMERICAN HOME ASSURANCE
12  COMPANY, ET AL.
13              Defendant(s).
                                         /
14
15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21  Dated:  March 6, 2008
                                                _____
22                                              Signature      Defendants
                                                Counsel for  American Home Assurance Co
23                                              (Plaintiff, Defendant or indicate "pro se")
                                                and Insurance Company of the State
24                                              of Pennsylvania
25
26
27
28