IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PLANTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOME ASSURANCE COMPANY, ET AL., <br><br> Defendant. | CASE NO.: C 07-06038 PVT <br><br> **CLERK'S NOTICE OF CONTINUANCE OF MOTION HEARING** |

PLEASE TAKE NOTICE that Plaintiff's Motion to Stay Proceedings and Defendant Atlantic Mutual Insurance Company's Motion to Dismiss in the above-entitled matter which was previously set for March 18, 2008 has been continued to **April 8, 2008 at 10:00 a.m.**, before Magistrate Judge Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: March 11, 2008

BY: /s/ Corinne Lew
Corinne Lew
Courtroom Deputy for
Magistrate Judge Patricia V. Trumbull