UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE  PATRICIA V. TRUMBULL

Date: 4/8/08

Court Reporter: Jana Ridenour        Clerk: C. Lew

Case No:C 07-6038  PVT        Case Title: Plantronics, Inc.  vs.  American Home Assurance Company, et al.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Stephen Stublarec | Laura Reidenbach |

## PROCEEDINGS

Pretrial Conferences:    [ ] Initial    [ ] Status    [ ] Discovery
                         [ ] Settlement    [ ] Final
                         [ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [X] | [ ] | 1. Motion to Stay Proceedings. |
| [ ] | [X] | 2. Atlantic Mutual Insurance Company's Motion to Dismiss. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted          [X] Submitted          [ ] Settled

[ ] Denied           [ ] Briefs to be filed  [ ] Not Settled

[ ] Granted in part, denied in part         [ ] Off Calendar

## ORDER TO BE PREPARED BY

[ ] Plaintiff     [ ] Defendant        [X] Court          [ ] Court w/opinion