LATHAM & WATKINS LLP
    Stephen Stublarec (Bar No. 69451)
    Paul T. Llewellyn (Bar No. 216887)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Paul.Llewellyn@lw.com

Attorneys for Plaintiff
PLANTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PLANTRONICS, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation,<br><br>              Defendants. | CASE NO. C07-06038 PVT<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JUNE 17, 2008**<br><br>(Honorable Patricia V. Trumbull) |

## STIPULATION

WHEREAS, the complaint was filed on November 29, 2007;

WHEREAS, on November 29, 2007, the Court set an initial case management conference for March 18, 2008;

WHEREAS, on January 31, 2008, plaintiff, Plantronics, Inc. ("Plantronics"), filed a motion to stay the action, pending resolution of underlying litigation currently pending against Plantronics, as to which this action relates;

WHEREAS, concurrently with its motion to stay proceedings, Plantronics filed a motion for an order shortening time on its motion to stay the action, requesting a hearing date on its motion to stay of February 19, 2008;

WHEREAS, on February 1, 2008, this Court denied Plantronics' motion for an order shortening time on its motion to stay the action;

WHEREAS, that order was specifically without prejudice to Plantronics' seeking a stipulated continuance of the scheduling deadlines;

WHEREAS, on February 4, 2008, defendant Atlantic Mutual Insurance Company ("Atlantic Mutual") filed a motion to dismiss plaintiff's complaint, which was set for hearing on March 18, 2008;

WHEREAS, on February 5, 2008, Plantronics re-filed its motion to stay the action, and set the motion for hearing on March 18, 2008;

WHEREAS, on February 12, 2008, the parties filed a stipulation and proposed order continuing the case management conference to April 22, 2008, because they believed it would be more efficient and it would avoid the possible waste of judicial resources to have the benefit of the Court's rulings on the motion to stay and motion to dismiss before the case management conference was held, and before the parties met and conferred regarding initial disclosures, and they filed their Rule 26(f) reports;

WHEREAS, on February 12, 2008, the Court issued an order continuing the case management conference to April 22, 2008, and continuing the associated case scheduling deadlines accordingly;

1  WHEREAS, on March 11, 2008, the Court issued a notice that the hearing on Plantronics' motion to stay and Atlantic Mutual's motion to dismiss had been continued to April 8, 2008;

WHEREAS, on March 25, 2008, the parties filed a stipulation and proposed order continuing the case management conference to May 6, 2008, because they believed it would be more efficient and it would avoid the possible waste of judicial resources to have the benefit of the Court's rulings on the motion to stay and motion to dismiss before the case management conference was held, and before the parties met and conferred regarding initial disclosures, and they filed their Rule 26(f) reports;

WHEREAS, on March 26, 2008, the Court issued an order continuing the case management conference to May 6, 2008, and continuing the associated case scheduling deadlines accordingly;

WHEREAS, on April 8, 2008, the Court held a hearing on Plantronics' motion to stay and Atlantic Mutual's motion to dismiss, and took the matters under submission;

WHEREAS, pursuant to the Court's March 26, 2008, order, the parties are to meet and confer regarding initial disclosures by April 15, 2008, and to file their rule 26(f) reports by April 29, 2008;

WHEREAS, the parties agree that it would be more efficient and it would avoid the possible waste of judicial resources to have the benefit of the Court's rulings on the motion to stay and motion to dismiss before the case management conference is held, and before the parties meet and confer regarding initial disclosures, and they file their Rule 26(f) reports;

WHEREAS, the parties agree that the case management conference should be continued to June 17, 2008, and the associated deadlines should be continued accordingly;

NOW, THEREFORE, subject to the Court's approval, the parties STIPULATE that the case management conference scheduled for May 6, 2008, be continued to June 17, 2008, and that the associated case scheduling deadlines be continued accordingly.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 15, 2008 | LATHAM & WATKINS LLP<br><br>By: /s/ Paul Llewellyn<br>Paul T. Llewellyn<br>Attorney for Plaintiff<br>Plantronics, Inc. |
| Dated: April __, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY<br><br>By: _____<br>Dean A. Pappas<br>Attorney for Defendant<br>Atlantic Mutual Insurance Company |
| Dated: April __, 2008 | LEWIS BRISBOIS BISGAARD & SMITH<br><br>By: _____<br>Timothy Kirk<br>Attorney for Defendants<br>American Home Assurance Company and<br>The Insurance Company of the State of<br>Pennsylvania |

| | | |
|---|---|---|
| 1 | Dated: April __, 2008 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Paul T. Llewellyn<br>Attorney for Plaintiff<br>Plantronics, Inc. |
| 5 | | |
| 6 | Dated: April 15, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 7 | | |
| 8 | | By: _(signed)_____<br>Dean A. Pappas |
| 9 | | Attorney for Defendant<br>Atlantic Mutual Insurance Company |
| 10 | | |
| 11 | | |
| 12 | Dated: April __, 2008 | LEWIS BRISBOIS BISGAARD & SMITH |
| 13 | | |
| 14 | | By: _____<br>Timothy Kirk |
| 15 | | Attorney for Defendants<br>American Home Assurance Company and<br>The Insurance Company of the State of |
| 16 | | Pennsylvania |

| | | |
|---|---|---|
| 1 | Dated: April __, 2008 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Paul T. Llewellyn<br>Attorney for Plaintiff<br>Plantronics, Inc. |
| 5 | | |
| 6 | Dated: April __, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Dean A. Pappas<br>Attorney for Defendant<br>Atlantic Mutual Insurance Company |
| 12 | Dated: April 15, 2008 | LEWIS BRISBOIS BISGAARD & SMITH |
| 14 | | By: *[signature]* |
| 15 | | Timothy Kirk<br>Attorney for Defendants<br>American Home Assurance Company and<br>The Insurance Company of the State of Pennsylvania |

## **ORDER**

Pursuant to the above stipulation of the parties, and good cause appearing, IT IS ORDERED that the case management conference scheduled for May 6, 2008, shall be continued to June 17, 2008, and that the associated case scheduling deadlines shall be continued accordingly.

Dated: April __, 2008

_____
Patricia V. Trumbull
United States Magistrate Judge