# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Plantronics, Inc., <br><br>                    Plaintiff(s), <br><br>    v. <br><br> American Home Assurance Company, <br><br>                    Defendant(s). | 07-06038 PVT <br><br> **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-06038 PVT                              -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: May 28, 2008

                              RICHARD W. WIEKING
                              Clerk
                              by:   Timothy J. Smagacz

*/s/ Timothy Smagacz*

                              ADR Administrative Assistant
                              415-522-4205
                              Tim_Smagacz@cand.uscourts.gov

*United States District Court — Northern District of California*

**Notice Re: Noncompliance With Court Order**
07-06038 PVT                                            -2-

PROOF OF SERVICE

Case Name:      Plantronics, Inc. v. American Home Assurance Company

Case Number:    07-06038 PVT

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 28, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Stephen Stublarec
> Latham & Watkins
> 505 Montgomery Street
> Suite 1900
> San Francisco, CA 94111
> steve.stublarec@lw.com
>
> Paul Timothy Llewellyn
> Latham & Watkins LLP
> 505 Montgomery Street
> Suite 2000
> San Francisco, CA 94111
> Paul.Llewellyn@lw.com
>
> Ernest Slome
> Lewis Brisbois Bisgaard & Smith
> 550 West C Street, Suite 800
> San Diego, CA 92101-3540
> slome@lbbslaw.com
>
> R. Gaylord Smith

Lewis Brisbois Bisgaard & Smith LLP
550 West &quot;C&quot; Street
Suite 800
San Diego, CA 92101

Glenn A. Friedman
Lewis Brisbois Bisgaard & Smith LLP
One Sansome Street
Suite 1400
San Francisco, CA 94104-4431
friedman@lbbslaw.com

Timothy S. Kirk
Lewis Brisbois Bisgaard & Smith LLP
One Sansome Street
,Suite 1400
San Francisco, CA 94104
kirk@lbbslaw.com

Dean Anthony Pappas
Ropers Majeski Kohn & Bentley
1001 Marshall Street, Suite 300
Redwood City, CA 94063
dpappas@ropers.com

Laura Lynn Reidenbach
Ropers, Majeski, Kohn & Bentley
1001 Marshall Street
Redwood City, CA 94063
lreidenbach@ropers.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 28, 2008 in San Francisco, California.

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

                */s/ Timothy Smagacz*
                _____
                ADR Administrative Assistant
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov