1   LATHAM & WATKINS LLP
      Stephen Stublarec (Bar No. 69451)
2      Paul T. Llewellyn (Bar No. 216887)
    505 Montgomery Street, Suite 2000
3   San Francisco, California 94111-6538
    Telephone: (415) 391-0600
4   Facsimile: (415) 395-8095
    Email: Paul.Llewellyn@lw.com
5
    Attorneys for Plaintiff
6   PLANTRONICS, INC.

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  PLANTRONICS, INC., a Delaware        CASE NO. C07-06038 PVT
    corporation,
13                                        **STIPULATION AND [PROPOSED] ORDER
                                          CONTINUING CASE MANAGEMENT
14              Plaintiff,                CONFERENCE TO AUGUST 5, 2008**

15       v.
                                          (Honorable Patricia V. Trumbull)
16  AMERICAN HOME ASSURANCE
    COMPANY, a New York corporation; THE
17  INSURANCE COMPANY OF THE STATE
    OF PENNSYLVANIA, a Pennsylvania
18  corporation; ATLANTIC MUTUAL
    INSURANCE COMPANY, a New York
    corporation,
19
20              Defendants.

21

22

23

24

25

26

27

28

## STIPULATION

WHEREAS, the complaint was filed on November 29, 2007;

WHEREAS, on November 29, 2007, the Court set an initial case management conference for March 18, 2008;

WHEREAS, on January 31, 2008, plaintiff, Plantronics, Inc. ("Plantronics"), filed a motion to stay the action, pending resolution of underlying litigation currently pending against Plantronics, as to which this action relates;

WHEREAS, concurrently with its motion to stay proceedings, Plantronics filed a motion for an order shortening time on its motion to stay the action, requesting a hearing date on its motion to stay of February 19, 2008;

WHEREAS, on February 1, 2008, this Court denied Plantronics' motion for an order shortening time on its motion to stay the action;

WHEREAS, that order was specifically without prejudice to Plantronics' seeking a stipulated continuance of the scheduling deadlines;

WHEREAS, on February 4, 2008, defendant Atlantic Mutual Insurance Company ("Atlantic Mutual") filed a motion to dismiss plaintiff's complaint, which was set for hearing on March 18, 2008;

WHEREAS, on February 5, 2008, Plantronics re-filed its motion to stay the action, and set the motion for hearing on March 18, 2008;

WHEREAS, on February 12, 2008, the parties filed a stipulation and proposed order continuing the case management conference to April 22, 2008, because they believed it would be more efficient and it would avoid the possible waste of judicial resources to have the benefit of the Court's rulings on the motion to stay and motion to dismiss before the case management conference was held, and before the parties met and conferred regarding initial disclosures, and they filed their Rule 26(f) reports;

WHEREAS, on February 12, 2008, the Court issued an order continuing the case management conference to April 22, 2008, and continuing the associated case scheduling deadlines accordingly;

1

1    WHEREAS, on March 11, 2008, the Court issued a notice that the hearing on

2  Plantronics' motion to stay and Atlantic Mutual's motion to dismiss had been continued to April

3  8, 2008;

4    WHEREAS, on March 26, 2008, pursuant to a stipulation of the parties, the Court

5  issued an order continuing the case management conference to May 6, 2008, and continuing the

6  associated case scheduling deadlines accordingly;

7    WHEREAS, on April 8, 2008, the Court held a hearing on Plantronics' motion to

8  stay and Atlantic Mutual's motion to dismiss, and took the matters under submission;

9    WHEREAS, on April 21, 2008, pursuant to a stipulation of the parties, the Court

10  issued an order continuing the case management conference to June 17, 2008, and continuing the

11  associated case scheduling deadlines accordingly;

12    WHEREAS, pursuant to the Court's April 21, 2008, order, the parties are to file

13  their rule 26(f) reports by June 10, 2008;

14    WHEREAS, the parties agree that it would be more efficient and it would avoid

15  the possible waste of judicial resources to have the benefit of the Court's rulings on the motion to

16  stay and motion to dismiss before the case management conference is held, and before they

17  prepare and file their Rule 26(f) reports;

18    WHEREAS, the parties agree that the case management conference should be

19  continued to August 5, 2008, and the associated deadlines should be continued accordingly;

20    NOW, THEREFORE, subject to the Court's approval, the parties STIPULATE

21  that the case management conference scheduled for June 17, 2008, be continued to August 5,

22  2008, and that the associated case scheduling deadlines be continued accordingly.

23    IT IS SO STIPULATED.

24

25

26

27

28

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   Dated: May 29, 2008                    LATHAM & WATKINS LLP

2
                                           By: Paul Llewellyn
3                                              Paul T. Llewellyn
                                               Attorney for Plaintiff
4                                              Plantronics, Inc.

5

6   Dated: May __, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

7
                                           By: _____
8                                              Dean A. Pappas
                                               Attorney for Defendant
9                                              Atlantic Mutual Insurance Company

10

11

12  Dated: May 29, 2008                    LEWIS BRISBOIS BISGAARD & SMITH

13
                                           By: _____
14                                             Timothy Kirk
                                               Attorney for Defendants
15                                             American Home Assurance Company and
                                               The Insurance Company of the State of
16                                             Pennsylvania

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Dated: May 29, 2008                    LATHAM & WATKINS LLP

2                                           By: *Paul Llewellyn*

3                                           _____
                                            Paul T. Llewellyn
4                                           Attorney for Plaintiff
                                            Plantronics, Inc.
5

6    Dated: May 29, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

7                                           By: *Dean A. Pappas*

8                                           _____
                                            Dean A. Pappas
9                                           Attorney for Defendant
                                            Atlantic Mutual Insurance Company
10

11

12   Dated: May __, 2008                    LEWIS BRISBOIS BISGAARD & SMITH

13
                                            By: _____
14                                          Timothy Kirk
                                            Attorney for Defendants
15                                          American Home Assurance Company and
                                            The Insurance Company of the State of
16                                          Pennsylvania

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM•WATKINS⊔⁣ᴾ
ATTORNEYS AT LAW
SAN FRANCISCO       STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1

## **ORDER**

2          Pursuant to the above stipulation of the parties, and good cause appearing, IT IS

3   ORDERED that the case management conference scheduled for June 17, 2008, shall be

4   continued to August 5, 2008, and that the associated case scheduling deadlines shall be continued

5   accordingly.

6

7   Dated: May __, 2008

_____

8          Patricia V. Trumbull
United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4