**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

PLANTRONICS, INC.,                              C 07-06038 PVT

    *Plaintiff(s)*,

                                        **CLERK'S NOTICE RESCHEDULING**
                                        **CASE MANAGEMENT CONFERENCE**

*vs.*

AMERICAN HOME ASSURANCE CO.,

    *Defendant(s)*.

---

    Please take notice that the Case Management Conference previously scheduled for June 17, 2008 has been rescheduled for **August 5, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: May 29, 2008

/s/ Corinne Lew
_____
Corinne Lew
DEPUTY CLERK