1  LATHAM & WATKINS LLP
       Stephen Stublarec (Bar No. 69451)
2      Paul T. Llewellyn (Bar No. 216887)
   505 Montgomery Street, Suite 2000
3  San Francisco, California  94111-6538
   Telephone:  (415) 391-0600
4  Facsimile:  (415) 395-8095
   Email:  Paul.Llewellyn@lw.com
5
   Attorneys for Plaintiff
6  PLANTRONICS, INC.

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

| | |
|---|---|
| 12  PLANTRONICS, INC., a Delaware corporation, | CASE NO. C07-06038 PVT |
| 13                   Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO SEPTEMBER 30, 2008** |
| 14 | |
| 15        v. | |
| 16  AMERICAN HOME ASSURANCE COMPANY, a New York corporation; THE INSURANCE COMPANY OF THE STATE | (Honorable Patricia V. Trumbull) |
| 17  OF PENNSYLVANIA, a Pennsylvania corporation; ATLANTIC MUTUAL | |
| 18  INSURANCE COMPANY, a New York corporation, | |
| 19 | |
| 20                   Defendants. | |

21

22

23

24

25

26

27

28

## STIPULATION

1

2    WHEREAS, the complaint was filed on November 29, 2007;

3    WHEREAS, on November 29, 2007, the Court set an initial case management

4    conference for March 18, 2008;

5    WHEREAS, on January 31, 2008, plaintiff, Plantronics, Inc. ("Plantronics"), filed

6    a motion to stay the action, pending resolution of underlying litigation currently pending against

7    Plantronics, as to which this action relates;

8    WHEREAS, concurrently with its motion to stay proceedings, Plantronics filed a

9    motion for an order shortening time on its motion to stay the action, requesting a hearing date on

10   its motion to stay of February 19, 2008;

11   WHEREAS, on February 1, 2008, this Court denied Plantronics' motion for an

12   order shortening time on its motion to stay the action;

13   WHEREAS, that order was specifically without prejudice to Plantronics' seeking

14   a stipulated continuance of the scheduling deadlines;

15   WHEREAS, on February 4, 2008, defendant Atlantic Mutual Insurance Company

16   ("Atlantic Mutual") filed a motion to dismiss plaintiff's complaint, which was set for hearing on

17   March 18, 2008;

18   WHEREAS, on February 5, 2008, Plantronics re-filed its motion to stay the

19   action, and set the motion for hearing on March 18, 2008;

20   WHEREAS, on February 12, 2008, the parties filed a stipulation and proposed

21   order continuing the case management conference to April 22, 2008, because they believed it

22   would be more efficient and it would avoid the possible waste of judicial resources to have the

23   benefit of the Court's rulings on the motion to stay and motion to dismiss before the case

24   management conference was held, and before the parties met and conferred regarding initial

25   disclosures, and they filed their Rule 26(f) reports;

26   WHEREAS, on February 12, 2008, the Court issued an order continuing the case

27   management conference to April 22, 2008, and continuing the associated case scheduling

28   deadlines accordingly;

1

1      WHEREAS, on March 11, 2008, the Court issued a notice that the hearing on

2  Plantronics' motion to stay and Atlantic Mutual's motion to dismiss had been continued to April

3  8, 2008;

4      WHEREAS, on March 26, 2008, pursuant to a stipulation of the parties, the Court

5  issued an order continuing the case management conference to May 6, 2008, and continuing the

6  associated case scheduling deadlines accordingly;

7      WHEREAS, on April 8, 2008, the Court held a hearing on Plantronics' motion to

8  stay and Atlantic Mutual's motion to dismiss, and took the matters under submission;

9      WHEREAS, on April 21, 2008, pursuant to a stipulation of the parties, the Court

10  issued an order continuing the case management conference to June 17, 2008, and continuing the

11  associated case scheduling deadlines accordingly;

12      WHEREAS, on May 29, 2008, pursuant to a stipulation of the parties, the Court

13  issued an order continuing the case management conference to August 5, 2008, and continuing

14  the associated case scheduling deadlines accordingly;

15      WHEREAS, pursuant to the Court's May 29, 2008, order, the parties are to meet

16  and confer regarding initial disclosures by July 15, 2008, and to file their Rule 26(f) reports by

17  July 29, 2008;

18      WHEREAS, the parties agree that it would be more efficient and it would avoid

19  the possible waste of judicial resources to have the benefit of the Court's rulings on the motion to

20  stay and motion to dismiss before the case management conference is held, and before the parties

21  meet and confer regarding initial disclosures, and they file their Rule 26(f) Reports;

22      WHEREAS, the parties agree that the case management conference should be

23  continued to September 30, 2008, and the associated deadlines should be continued accordingly;

24      NOW, THEREFORE, subject to the Court's approval, the parties STIPULATE

25  that the case management conference scheduled for August 5, 2008, be continued to September

26  30, 2008, and that the associated case scheduling deadlines be continued accordingly.

27      IT IS SO STIPULATED.

28

2

1   Dated: July 8, 2008                    LATHAM & WATKINS LLP

2
                                           By: _Paul Llewellyn_____
3                                              Paul T. Llewellyn
                                               Attorney for Plaintiff
4                                              Plantronics, Inc.

5

6   Dated: July __, 2008                   ROPERS, MAJESKI, KOHN & BENTLEY

7

8                                          By: _____
                                               Dean A. Pappas
9                                              Attorney for Defendant
                                               Atlantic Mutual Insurance Company

10

11

12  Dated: July __, 2008                   LEWIS BRISBOIS BISGAARD & SMITH

13

14                                         By: _____
                                               Timothy Kirk
15                                             Attorney for Defendants
                                               American Home Assurance Company and
16                                             The Insurance Company of the State of
                                               Pennsylvania

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated: July 8, 2008                  LATHAM & WATKINS LLP

2
                                         By: _Paul Llewellyn_
3                                            Paul T. Llewellyn
                                             Attorney for Plaintiff
4                                            Plantronics, Inc.

5

6   Dated: July 8, 2008                  ROPERS, MAJESKI, KOHN & BENTLEY

7
                                         By: _____
8                                            Dean A. Pappas
                                             Attorney for Defendant
9                                            Atlantic Mutual Insurance Company

10

11

12  Dated: July __, 2008                 LEWIS BRISBOIS BISGAARD & SMITH

13

14                                       By: _____
                                             Timothy Kirk
15                                           Attorney for Defendants
                                             American Home Assurance Company and
16                                           The Insurance Company of the State of
                                             Pennsylvania

17

18

19

20

21

22

23

24

25

26

27

28

3

1    Dated: July 8, 2008            LATHAM & WATKINS LLP

2

3                               By: _____
                                  Paul T. Llewellyn

4                                   Attorney for Plaintiff
                                  Plantronics, Inc.

5

6    Dated: July __, 2008         ROPERS, MAJESKI, KOHN & BENTLEY

7

8                               By: _____
                                  Dean A. Pappas

9                                   Attorney for Defendant
                                  Atlantic Mutual Insurance Company

10

11

12    Dated: July 8, 2008         LEWIS BRISBOIS BISGAARD & SMITH

13

14                               By: _____
                                  Timothy Kirk

15                                   Attorney for Defendants
                                  American Home Assurance Company and

16                                   The Insurance Company of the State of
                                  Pennsylvania

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO        STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1

## ORDER

2          Pursuant to the above stipulation of the parties, and good cause appearing, IT IS

3   ORDERED that the case management conference scheduled for August 5, 2008, shall be

4   continued to September 30, 2008, and that the associated case scheduling deadlines shall be

5   continued accordingly.

6

7   Dated: July __, 2008                        _____

8                                               Patricia V. Trumbull
                                                United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   SF\662638.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO                STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE