1  LATHAM & WATKINS LLP
   Stephen Stublarec (Bar No. 69451)
2     Paul T. Llewellyn (Bar No. 216887)
  505 Montgomery Street, Suite 2000
3  San Francisco, California  94111-6538
  Telephone:  (415) 391-0600
4  Facsimile:  (415) 395-8095
  Email:  Paul.Llewellyn@lw.com

5

  Attorneys for Plaintiff
6  PLANTRONICS, INC.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                SAN JOSE DIVISION

11

12  PLANTRONICS, INC., a Delaware
corporation,

   CASE NO. C07-06038 PVT

13           Plaintiff,

   **STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE TO NOVEMBER 4, 2008**

14       v.

15  AMERICAN HOME ASSURANCE

   (Honorable Patricia V. Trumbull)

16  COMPANY, a New York corporation; THE
INSURANCE COMPANY OF THE STATE
17  OF PENNSYLVANIA, a Pennsylvania
corporation; ATLANTIC MUTUAL
18  INSURANCE COMPANY, a New York
corporation,

19

20         Defendants.

21

22

23

24

25

26

27

28

**STIPULATION**

WHEREAS, the complaint was filed on November 29, 2007;

WHEREAS, on November 29, 2007, the Court set an initial case management conference for March 18, 2008;

WHEREAS, on January 31, 2008, plaintiff, Plantronics, Inc. ("Plantronics"), filed a motion to stay the action, pending resolution of underlying litigation currently pending against Plantronics, as to which this action relates;

WHEREAS, concurrently with its motion to stay proceedings, Plantronics filed a motion for an order shortening time on its motion to stay the action, requesting a hearing date on its motion to stay of February 19, 2008;

WHEREAS, on February 1, 2008, this Court denied Plantronics' motion for an order shortening time on its motion to stay the action;

WHEREAS, that order was specifically without prejudice to Plantronics' seeking a stipulated continuance of the scheduling deadlines;

WHEREAS, on February 4, 2008, defendant Atlantic Mutual Insurance Company ("Atlantic Mutual") filed a motion to dismiss plaintiff's complaint, which was set for hearing on March 18, 2008;

WHEREAS, on February 5, 2008, Plantronics re-filed its motion to stay the action, and set the motion for hearing on March 18, 2008;

WHEREAS, on February 12, 2008, the parties filed a stipulation and proposed order continuing the case management conference to April 22, 2008, because they believed it would be more efficient and it would avoid the possible waste of judicial resources to have the benefit of the Court's rulings on the motion to stay and motion to dismiss before the case management conference was held, and before the parties met and conferred regarding initial disclosures, and they filed their Rule 26(f) reports;

WHEREAS, on February 12, 2008, the Court issued an order continuing the case management conference to April 22, 2008, and continuing the associated case scheduling deadlines accordingly;

1

1    WHEREAS, on March 11, 2008, the Court issued a notice that the hearing on
2  Plantronics' motion to stay and Atlantic Mutual's motion to dismiss had been continued to April
3  8, 2008;

4    WHEREAS, on March 26, 2008, pursuant to a stipulation of the parties, the Court
5  issued an order continuing the case management conference to May 6, 2008, and continuing the
6  associated case scheduling deadlines accordingly;

7    WHEREAS, on April 8, 2008, the Court held a hearing on Plantronics' motion to
8  stay and Atlantic Mutual's motion to dismiss, and took the matters under submission;

9    WHEREAS, on April 21, 2008, pursuant to a stipulation of the parties, the Court
10  issued an order continuing the case management conference to June 17, 2008, and continuing the
11  associated case scheduling deadlines accordingly;

12    WHEREAS, on May 29, 2008, pursuant to a stipulation of the parties, the Court
13  issued an order continuing the case management conference to August 5, 2008, and continuing
14  the associated case scheduling deadlines accordingly;

15    WHEREAS, on July 14, 2008, pursuant to a stipulation of the parties, the Court
16  issued an order continuing the case management conference to September 30, 2008, and
17  continuing the associated case scheduling deadlines

18    WHEREAS, pursuant to the Court's July 14, 2008, order, the parties are to meet
19  and confer regarding initial disclosures by September 9, 2008, and to file their Rule 26(f) reports
20  by September 23, 2008;

21    WHEREAS, the parties agree that it would be more efficient and it would avoid
22  the possible waste of judicial resources to have the benefit of the Court's rulings on the motion to
23  stay and motion to dismiss before the case management conference is held, and before the parties
24  meet and confer regarding initial disclosures, and they file their Rule 26(f) Reports;

25    WHEREAS, the parties agree that the case management conference should be
26  continued to November 4, 2008, and the associated deadlines should be continued accordingly;

27    NOW, THEREFORE, subject to the Court's approval, the parties STIPULATE
28  that the case management conference scheduled for September 30, 2008, be continued to

2

1   November 4, 2008, and that the associated case scheduling deadlines be continued accordingly.

2          IT IS SO STIPULATED.

3

4   Dated: September 4, 2008                    LATHAM & WATKINS LLP

5                                               By: _Paul Llewellyn_

6                                               Paul T. Llewellyn
                                                Attorney for Plaintiff
7                                               Plantronics, Inc.

8

9   Dated: September __, 2008                   ROPERS, MAJESKI, KOHN & BENTLEY

10

11                                              By: _____
                                                Dean A. Pappas
12                                              Attorney for Defendant
                                                Atlantic Mutual Insurance Company

13

14

15  Dated: September __, 2008                   LEWIS BRISBOIS BISGAARD & SMITH

16

17                                              By: _____
                                                Timothy Kirk
18                                              Attorney for Defendants
                                                American Home Assurance Company and
19                                              The Insurance Company of the State of
                                                Pennsylvania

20

21

22

23

24

25

26

27

28

3

1    November 4, 2008, and that the associated case scheduling deadlines be continued accordingly.

2              IT IS SO STIPULATED.

3

4    Dated: September 4, 2008                   LATHAM & WATKINS LLP

5

6                                                    By: _____
                                                Paul T. Llewellyn

7                                                      Attorney for Plaintiff
                                                Plantronics, Inc.

8

9    Dated: September 4, 2008                   ROPERS, MAJESKI, KOHN & BENTLEY

10

11                                                    By: _____
                                                Dean A. Pappas

12                                                    Attorney for Defendant
                                              Atlantic Mutual Insurance Company

13

14

15    Dated: September __, 2008                  LEWIS BRISBOIS BISGAARD & SMITH

16

17                                                    By: _____
                                                Timothy Kirk

18                                                    Attorney for Defendants
                                              American Home Assurance Company and

19                                                    The Insurance Company of the State of
                                                Pennsylvania

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1   November 4, 2008, and that the associated case scheduling deadlines be continued accordingly.

2          IT IS SO STIPULATED.

3

4   Dated: September 4, 2008                    LATHAM & WATKINS LLP

5
                                                By: _Paul Llewel_____
6                                               Paul T. Llewellyn
                                                Attorney for Plaintiff
7                                               Plantronics, Inc.

8

9   Dated: September __, 2008                   ROPERS, MAJESKI, KOHN & BENTLEY

10

11                                              By: _____
                                                Dean A. Pappas
12                                              Attorney for Defendant
                                                Atlantic Mutual Insurance Company

13

14

15  Dated: September 4, 2008                    LEWIS BRISBOIS BISGAARD & SMITH

16
                                                By: _____
17                                              Timothy Kirk
                                                Attorney for Defendants
18                                              American Home Assurance Company and
                                                The Insurance Company of the State of
19                                              Pennsylvania

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS™
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1

## **ORDER**

2       Pursuant to the above stipulation of the parties, and good cause appearing, IT IS

3  ORDERED that the case management conference scheduled for September 30, 2008, shall be

4  continued to November 4, 2008, and that the associated case scheduling deadlines shall be

5  continued accordingly.

6

7  Dated: September __, 2008                    _____

8                                               Patricia V. Trumbull
                                                United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  SF\669772.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE