```
 1  LATHAM & WATKINS LLP
        Stephen Stublarec (Bar No. 69451)
 2      Paul T. Llewellyn (Bar No. 216887)
     505 Montgomery Street, Suite 2000
 3   San Francisco, California 94111-6538
     Telephone: (415) 391-0600
 4   Facsimile: (415) 395-8095
     Email: Paul.Llewellyn@lw.com
 5
     Attorneys for Plaintiff
 6   PLANTRONICS, INC.

 7

 8                      UNITED STATES DISTRICT COURT

 9                     NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   PLANTRONICS, INC., a Delaware          CASE NO. C07-06038 PVT
     corporation,
13                                          STIPULATION AND [PROPOSED] ORDER
                    Plaintiff,              CONTINUING CASE MANAGEMENT
14                                          CONFERENCE TO NOVEMBER 4, 2008
         v.
15                                          (Honorable Patricia V. Trumbull)
     AMERICAN HOME ASSURANCE
16   COMPANY, a New York corporation; THE
     INSURANCE COMPANY OF THE STATE
17   OF PENNSYLVANIA, a Pennsylvania
     corporation; ATLANTIC MUTUAL
18   INSURANCE COMPANY, a New York
     corporation,
19
                    Defendants.
20

21

22

23

24

25

26

27

28
```

## STIPULATION

WHEREAS, the complaint was filed on November 29, 2007;

WHEREAS, on November 29, 2007, the Court set an initial case management conference for March 18, 2008;

WHEREAS, on January 31, 2008, plaintiff, Plantronics, Inc. ("Plantronics"), filed a motion to stay the action, pending resolution of underlying litigation currently pending against Plantronics, as to which this action relates;

WHEREAS, concurrently with its motion to stay proceedings, Plantronics filed a motion for an order shortening time on its motion to stay the action, requesting a hearing date on its motion to stay of February 19, 2008;

WHEREAS, on February 1, 2008, this Court denied Plantronics' motion for an order shortening time on its motion to stay the action;

WHEREAS, that order was specifically without prejudice to Plantronics' seeking a stipulated continuance of the scheduling deadlines;

WHEREAS, on February 4, 2008, defendant Atlantic Mutual Insurance Company ("Atlantic Mutual") filed a motion to dismiss plaintiff's complaint, which was set for hearing on March 18, 2008;

WHEREAS, on February 5, 2008, Plantronics re-filed its motion to stay the action, and set the motion for hearing on March 18, 2008;

WHEREAS, on February 12, 2008, the parties filed a stipulation and proposed order continuing the case management conference to April 22, 2008, because they believed it would be more efficient and it would avoid the possible waste of judicial resources to have the benefit of the Court's rulings on the motion to stay and motion to dismiss before the case management conference was held, and before the parties met and conferred regarding initial disclosures, and they filed their Rule 26(f) reports;

WHEREAS, on February 12, 2008, the Court issued an order continuing the case management conference to April 22, 2008, and continuing the associated case scheduling deadlines accordingly;

1

WHEREAS, on March 11, 2008, the Court issued a notice that the hearing on Plantronics' motion to stay and Atlantic Mutual's motion to dismiss had been continued to April 8, 2008;

WHEREAS, on March 26, 2008, pursuant to a stipulation of the parties, the Court issued an order continuing the case management conference to May 6, 2008, and continuing the associated case scheduling deadlines accordingly;

WHEREAS, on April 8, 2008, the Court held a hearing on Plantronics' motion to stay and Atlantic Mutual's motion to dismiss, and took the matters under submission;

WHEREAS, on April 21, 2008, pursuant to a stipulation of the parties, the Court issued an order continuing the case management conference to June 17, 2008, and continuing the associated case scheduling deadlines accordingly;

WHEREAS, on May 29, 2008, pursuant to a stipulation of the parties, the Court issued an order continuing the case management conference to August 5, 2008, and continuing the associated case scheduling deadlines accordingly;

WHEREAS, on July 14, 2008, pursuant to a stipulation of the parties, the Court issued an order continuing the case management conference to September 30, 2008, and continuing the associated case scheduling deadlines

WHEREAS, pursuant to the Court's July 14, 2008, order, the parties are to meet and confer regarding initial disclosures by September 9, 2008, and to file their Rule 26(f) reports by September 23, 2008;

WHEREAS, the parties agree that it would be more efficient and it would avoid the possible waste of judicial resources to have the benefit of the Court's rulings on the motion to stay and motion to dismiss before the case management conference is held, and before the parties meet and confer regarding initial disclosures, and they file their Rule 26(f) Reports;

WHEREAS, the parties agree that the case management conference should be continued to November 4, 2008, and the associated deadlines should be continued accordingly;

NOW, THEREFORE, subject to the Court's approval, the parties STIPULATE that the case management conference scheduled for September 30, 2008, be continued to

1  November 4, 2008, and that the associated case scheduling deadlines be continued accordingly.
2         IT IS SO STIPULATED.
3
4  Dated: September 4, 2008                LATHAM & WATKINS LLP
5
6                                          By: /s/ Paul Llewellyn
                                              Paul T. Llewellyn
7                                             Attorney for Plaintiff
                                              Plantronics, Inc.
8
9  Dated: September __, 2008               ROPERS, MAJESKI, KOHN & BENTLEY
10
11                                         By: _____
                                              Dean A. Pappas
12                                            Attorney for Defendant
                                              Atlantic Mutual Insurance Company
13
14
15 Dated: September __, 2008               LEWIS BRISBOIS BISGAARD & SMITH
16
17                                         By: _____
                                              Timothy Kirk
18                                            Attorney for Defendants
                                              American Home Assurance Company and
19                                            The Insurance Company of the State of
                                              Pennsylvania
20
21
22
23
24
25
26
27
28

November 4, 2008, and that the associated case scheduling deadlines be continued accordingly.

IT IS SO STIPULATED.

Dated: September 4, 2008                                LATHAM & WATKINS LLP

                                                        By: /s/ Paul Llewellyn
                                                        Paul T. Llewellyn
                                                        Attorney for Plaintiff
                                                        Plantronics, Inc.

Dated: September 4, 2008                                ROPERS, MAJESKI, KOHN & BENTLEY

                                                        By: /s/ Dean A. Pappas
                                                        Dean A. Pappas
                                                        Attorney for Defendant
                                                        Atlantic Mutual Insurance Company

Dated: September __, 2008                               LEWIS BRISBOIS BISGAARD & SMITH

                                                        By: _____
                                                        Timothy Kirk
                                                        Attorney for Defendants
                                                        American Home Assurance Company and
                                                        The Insurance Company of the State of
                                                        Pennsylvania

1  November 4, 2008, and that the associated case scheduling deadlines be continued accordingly.
2          IT IS SO STIPULATED.
3
4  Dated: September 4, 2008          LATHAM & WATKINS LLP
5
6                                          By: *[signature]*
                                        Paul T. Llewellyn
7                                          Attorney for Plaintiff
                                        Plantronics, Inc.
8
9  Dated: September __, 2008         ROPERS, MAJESKI, KOHN & BENTLEY
10
11                                         By: _____
                                        Dean A. Pappas
12                                         Attorney for Defendant
                                        Atlantic Mutual Insurance Company
13
14
15 Dated: September 4, 2008          LEWIS BRISBOIS BISGAARD & SMITH
16
17                                         By: *[signature]*
                                        Timothy Kirk
18                                         Attorney for Defendants
                                        American Home Assurance Company and
19                                         The Insurance Company of the State of
                                        Pennsylvania
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to the above stipulation of the parties, and good cause appearing, IT IS ORDERED that the case management conference scheduled for September 30, 2008, shall be continued to November 4, 2008, and that the associated case scheduling deadlines shall be continued accordingly.

Dated: September 8, 2008

*Patricia V. Trumbull*
Patricia V. Trumbull
United States Magistrate Judge

SF\669772.1

4