**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PLANTRONICS, INC, | Case No.: C 07-6038 PSG |
| Plaintiff, | **ORDER SETTING CASE** |
| v. | **MANAGEMENT CONFERENCE** |
| AMERICAN HOME ASSURANCE CO., et al, | |
| Defendants. | |

     The parties have notified the court that the issues requiring the order staying this case have been resolved and so a case management conference is warranted.  The court agrees.  The parties shall appear for a case management conference on Tuesday, September 17, 2013 at 10:00 a.m. They shall submit a joint case management statement no later than Tuesday, September 10, 2013.

Dated:  August 5, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER