```
 1  Denis J. Moriarty (Bar No. 106064)
    e-mail: dmoriarty@hbblaw.com
 2  Christopher Kendrick (Bar No. 162869)
    email: ckendrick@hbblaw.com
 3  HAIGHT BROWN & BONESTEEL LLP
    555 South Flower Street, Forty-Fifth Floor
 4  Los Angeles, California 90071
    Telephone: 213.542.8000
 5  Facsimile: 213.542.8100

 6  Attorneys for Defendants AMERICAN HOME
    ASSURANCE COMPANY and THE INSURANCE
 7  COMPANY OF THE STATE OF PENNSYLVANIA
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| PLANTRONICS, INC., a Delaware corporation, | Case No. 5:07-cv-06038-PSG |
| Plaintiff, | **REQUEST FOR SUBSTITUTION OF COUNSEL** |
| vs. | |
| AMERICAN HOME ASSURANCE COMPANY, a New York corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation, | |
| Defendants. | |

Defendants American Home Assurance Company and The Insurance Company of The State Pennsylvania respectfully requests that Denis J. Moriarty, Esq. and Christopher Kendrick, Esq. and the firm of Haight, Brown & Bonesteel, LLP be permitted to substitute in as their attorney of record in the above-entitled matter.

Counsels' contact information is as follows:

Denis J. Moriarty, Esq. (SBN 106064)

HAIGHT, BROWN & BONESTEEL, LLP

555 S. Flower Street, 45th Floor

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

AE31-0000003
10025562.1

1

REQUEST FOR SUBSTITUTION OF COUNSEL

```
 1   Los Angeles, California 90071
 2   Telephone: (213) 542-8000
 3   Facsimile: (213) 542-8100
 4   email: dmoriarty@hbblaw.com
 5   and
 6   Christopher Kendrick, Esq. (SBN 162869)
 7   HAIGHT, BROWN & BONESTEEL, LLP
 8   555 S. Flower Street, 45th Floor
 9   Los Angeles, California 90071
10   Telephone: (213) 542-8000
11   Facsimile: (213) 542-8100
12   email: ckendrick@hbblaw.com
13
14   I consent to this substitution.
15
16   Dated: March 3, 2014
17                                    Jennifer Lippitt Hoang
                                      On behalf of American Home Assurance
18                                    Company
19   I consent to this substitution.
20
21   Dated: March 3, 2014
                                      Jennifer Lippitt Hoang
22                                    For The Insurance Company of the State
                                      of Pennsylvania
23
24   I accept this substitution.
25   Dated: March 3, 2014             HAIGHT BROWN & BONESTEEL LLP
26
27                                    By: _____
                                          Denis J. Moriarty
28
```

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

AE31-0000003
10025562.1

2
REQUEST FOR SUBSTITUTION OF COUNSEL

1   ORDER (Proposed)
2   IT IS SO ORDERED.
3   Dated: March __3__, 2014

*[signature]*
Hon. Paul S. Grewal
United States Magistrate Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

AE31-0000003
10025562.1

3
REQUEST FOR SUBSTITUTION OF COUNSEL

# PROOF OF SERVICE

STATE OF CALIFORNIA            )
                               ) ss.:
COUNTY OF LOS ANGELES          )

*PLANTRONICS vs. AMERICAN HOME ASSURANCE COMPANY*
*5:07-cv-06038-PSG*

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, California 90071.

On March 3, 2014, I served the within document(s) described as:

REQUEST FOR SUBSTITUTION OF COUNSEL

on the interested parties in this action as stated below:

| | |
|---|---|
| Glenn A. Friedman, Esq.<br>Timothy A. Kirk, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>333 Bush Street, Suite 1100<br>San Francisco, California 94104<br><br>Phone: (415) 362-2540<br>Fax: (415) 434-0882<br>email:<br>glenn.friedman@lewisbrisbois.com<br>tim.kirk@lewisbrisbois.com | Paul T. Llewellyn, Esq.<br>Marc R. Lewis, Esq.<br>LEWIS & LLEWELLYN<br>505 Montgomery Street, Suite 1300<br>San Francisco, California 94111<br><br>Phone: (415) 800-0590<br>Fax: (415) 390-2127<br>email: pllewellyn@lewisllewellyn.com<br>       mlewis@lewisllewellyn.com<br>*[Attorneys for Plaintiff]* |

[X]  (CM/ECF) Pursuant to the United States District Court Procedural Rules for Electronic Case Filing and the Case Management/Electronic Case Filing Rules, I electronically served the above-listed documents on the parties shown above for the above-entitled case, as listed above.

Executed on March 3, 2014, at Los Angeles, California.

     I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

_____Keisha Stevens_____          _____
  (Type or print name)                          (Signature)

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

AE31-0000003
10025562.1

4

REQUEST FOR SUBSTITUTION OF COUNSEL