UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN HOME ASSURANCE COMPANY and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>　　　　　Defendants. | Case No. 5:07-cv-06038-PSG<br><br>**ORDER TO SHOW CAUSE**<br><br>**(Re: Docket No. 141)** |

The parties have filed a notice of settlement in this case.[1] The court therefore vacates the pre-trial conference and trial dates. The parties shall file a notice of dismissal within thirty days or show cause in writing why dismissal of this case for failure to prosecute is not warranted.

**IT IS SO ORDERED.**

Dated: July 16, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] See Docket No. 141 at 1 ("PLEASE TAKE NOTICE that Plaintiff Plantronics, Inc. and Defendants American Home Assurance Company and The Insurance Company of the State of Pennsylvania have reached a settlement in the above-referenced case. The parties are in the process of finalizing a formal settlement agreement and will thereafter file a Notice of Dismissal.").